UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES LOPEZ, | Case No. CV 12-9552 VAP(JC) |
|     Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|     v. | |
| MARTIN BITER, | |
|     Respondent. | |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (the "Petition"), the Motion to Dismiss the Petition and the documents submitted in connection therewith, and all of the records in this case, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and accepts the Report and Recommendation.

      IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is granted and that Judgment be entered dismissing the Petition with prejudice as time-barred.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on petitioner and counsel
3 for respondent.
4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: December 11, 2013

   _____
   HONORABLE VIRGINIA A. PHILLIPS
   UNITED STATES DISTRICT JUDGE