UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOISES LOPEZ, | ) | Case No. CV 12-9552 VAP(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARTIN BITER, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition is granted and the Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: December 11, 2013

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE